# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. E.E.O.C.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>VALENTINO LAS VEGAS, LLC,<br><br>　　　　Defendant. | 2:04-CV-1357 JCM (LRL)<br><br>Date:　　　N/A<br>Time:　　　N/A |

### ORDER

Fed. R. Civ. P. 41(b) allows a court to dismiss a plaintiff's complaint for failure to prosecute or to comply with the federal rules. Local Rule 41-1 provides for the dismissal of any civil action that has been pending in the court for more than nine (9) months without any proceeding of record having been taken for want or prosecution. The U.S. Equal Employment Opportunity Commission's ("EEOC") last proceeding of record was April 23, 2007. Therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above entitled action, 2:04-cv-01357, is DISMISSED without prejudice for want of prosecution pursuant to LR 41-1.

DATED this 9th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**James C. Mahan**
**U.S. District Judge**

- 2 -